

**ORDERED in the Southern District of Florida on February 11, 2019.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
Miami-Dade Division

| | |
|---|---|
| IN RE: | Case Number: 18-21717-LMI |
| RICARDO ROJAS<br>TERESA GALA FALCON, | Chapter: 7 |
| Debtor.<br>_____/ | |

### ORDER APPROVING THE FILING OF THE REAFFIRMATION AGREEMENT

This matter came before the Court on February 6, 2019 upon Debtors' Ex-Parte Motion to Vacate Discharge to File Reaffirmation Agreement ("Ex Parte Motion") filed on January 11, 2019 [ECF No. 25] of the above captioned case, which case was previously discharged by prior order of the Court.

Upon consideration of the Debtors' Ex Parte Motion, the Court **ORDERS** as follows:

1. The Court finds based on the presentation of counsel that the Reaffirmation Agreement was entered into prior to the entry of the Discharge order therefore it is enforceable based

    on 11 U.S.C Section 524 and Debtors are allowed to file the Reaffirmation Agreement post discharge.

2. The Debtors may file the reaffirmation agreement within 15 (fifteen) days of this order. The clerk is directed to close the case upon the filing of the reaffirmation agreement.

### 

Attorney Dalyla Santos is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service with the Clerk of the Bankruptcy Court.

Submitted by:
By: /s/ Dalyla Santos
Dalyla Santos, Esq.
Florida Bar No.: 64455
The Santos Law Offices, PA
5201 Blue Lagoon Drive, 9th Floor
Miami, Florida 33126
305-417-4111
Email: DSantos@santoslawpa.com